FILED

MAY 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1599-BTM |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of |
| ANGEL ENRIQUE GUTIERREZ, | ) | Methamphetamine(Felony) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The United States Attorney charges:

On or about April 30, 2008, within the Southern District of California, defendant ANGEL ENRIQUE GUTIERREZ, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 8.84 kilograms (19.45 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 15, 2008 .

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:es:Imperial
5/15/08