1

2  MICHAEL S. BERG  (CA. Bar No. 102972)
   Attorney at Law
3  401 West "A" Street, Suite 2600
   San Diego, California  92101
4  Telephone: (619) 239-2186
   Fax: (619) 237-1310
5
   **Attorney for Gutierrez**
6

7

8             **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10             **(HON. BARRY TED MOSKOWITZ)**

11  UNITED STATES OF AMERICA,           )  No. 08-1599-BTM
                                        )
12       Plaintiff,                     )
                                        )  STIPULATION TO CONTINUE
13       vs.                            )
                                        )
14  ANGEL ENRIQUE GUTIERREZ,            )
                                        )
15       Defendant.                     )

16  _____

17

18      IT IS HEREBY AGREED AND STIPULATED between the parties that the sentencing on the

19  above-referenced matter be changed from August 26, 2008 to September 26, 2008, at 9:00 a.m.  Time

20  for trial on said matter is hereby excluded.

21      SO STIPULATED AND AGREED.

22  Dated:   08/22/08           /s/ Michael Berg
23                              MICHAEL S. BERG
                                Attorney for Gutierrez
24

25  Dated: 08/22/08             /s/ Michelle Pettit
                                MICHELLE PETTIT
26                              Assistant U.S. Attorney

27