# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08-1599-BTM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| ANGEL ENRIQUE GUTIERREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Good cause having been shown, IT IS HEREBY ORDERED that the sentencing hearing in the above-referenced matter be continued from August 26, 2008,  to September 26, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  August 25, 2008

_Barry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge